**Order entered June 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00177-CV

### EX PARTE: JOHN CLOUD

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. X-13-1239-P**

## ORDER

Before the Court is appellant's June 6, 2014 motion for a copy of the appellate record and extension of time to file the brief. Because the record has not yet been filed and is not due to be filed until June 23, 2014, we **DENY** the motion as premature and without prejudice to refiling once the record has been filed.

/s/    ELIZABETH LANG-MIERS
         JUSTICE